DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| | | | |
|---|---|---|---|
| 506P12 | State v. Jonathan Russ Minton | Def's PDR Under N.C.G.S. § 7A-31 (COA12-243) | Denied |
| 513P12 | Michael Joseph Allender, Employee v. Starr Electric Company, Inc., Employer; General Casualty Insurance Company, Carrier | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-349)<br><br>2. Plt's Motion to Stay Consideration of PDR | 1. Denied<br><br>2. Denied **01/09/13** |
| 519P12 | In the Matter of: E.S.P. and M.N.P. | 1. Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA12-357)<br><br>2. Respondent-Father's Motion to Deem Timely the PDR<br><br>3. Respondent-Father's Petition in the Alternative For *Writ of Certiorari* to Review Decision of COA | 1. Dismissed<br><br>2. Denied<br><br>3. Denied<br><br>**Beasley, J., Recused** |
| 523P06-6 | Freeman Hankins v. Jon David, et al, Brunswick County D.A. Officials | Def's *Pro Se* Petition for Writ of Mandamus (COAP11-594) | Dismissed |
| 526P12 | State v. Jonathan Douglas Richardson | 1. Def's PWC to Review Order of Superior Court of Johnston County<br><br>2. State's Motion for Extension of Time Within Which to File Response to PWC | 1. Denied<br><br>2. Allowed |
| 529P12 | State v. William Ronnie Barnett | Def's PDR Under N.C.G.S. § 7A-31 (COA12-381) | Denied<br><br>**Beasley, J., Recused** |
| 531P12 | In the Matter of Complaints Against Officials of Kill Devil Hills Police Department | 1. Judge Tillett's PDR Under N.C.G.S. § 7A-31 (COA12-398)<br><br>2. Judge Tillett's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA<br><br>3. Judge Tillett's Motion for Leave to File a Reply to Response to PDR and Alternative *Writ of Certiorari*<br><br>4. Town of Kill Devil Hills Motion to Strike the Reply Filed as an Exhibit to Judge Tillett's Motion<br><br>5. Judge Tillett's Motion for Withdrawal of PDR and Alternative *Writ of Certiorari* | 1. - - -<br><br>2. - - -<br><br>3. - - -<br><br>4. - - -<br><br>5. Allowed **03/12/13** |
| 576P07-2 | State v. Moses Leon Faison | Def's *Pro Se* Motion for Petition for Actual Innocence of First Degree Murder | Dismissed |